


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. '20 MJ5280 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Israel RODRIGUEZ, | ) | Bringing in Unlawful Alien(s) |
| | ) | Without Presentation |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about December 5, 2020, within the Southern District of California, Defendant, Israel RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Eva RAMIREZ-Bautista and Marcelina SANTIAGO-Tellez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on December 7, 2020.

_____
HONORABLE JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Efrain Carrillo, declare under penalty of perjury the following to be true and correct:

The complainant states that Eva RAMIREZ-Bautista and Marcelina SANTIAGO-Tellez, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 5, 2020, at approximately 3:35 A.M, Israel RODRIGUEZ (Defendant), a United States citizen, applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry primary vehicle lanes. Defendant was the driver and sole visible occupant of a Jeep Grand Cherokee Laredo bearing State of California license plates. Upon inspection before a CBP Officer, Defendant presented his California Driver's license as his entry document, made two negative Customs declarations and stated a destination of San Diego, California. The CBP Officer conducted primary system queries and received a computer generated alert on the Defendant. The CBP Officer referred the Defendant and vehicle to the secondary vehicle inspection area of operations.

In secondary area of operations, the vehicle was scanned through the z-portal (x-ray machine) which showed anomalies in the cargo area. Defendant was secured and escorted away while responding CBP Officers assisted and removed two individuals from the cargo area who were hiding underneath a blanket, attempting to elude CBP inspection. The individuals, later identified as Eva RAMIREZ-Bautista and Marcelina SANTIAGO-Tellez were determined to be Mexican citizens without lawful documents to enter or reside in the United States and were held as Material Witnesses.

**Probable Cause Statement continued on page 2**

Continuation of Probable Cause Statement
RE: U.S. v. Israel RODRIGUEZ

Material Witnesses admitted to being a citizens of Mexico, with no legal documents to enter the United States. Material Witnesses stated their family members made the smuggling arrangements for an unknown amount and were going to the United States.

At approximately 7:07 A.M, Defendant was advised of his Miranda Rights and elected to waive his right to counsel and gave the following statement. Defendant admitted he is the rightful and registered owner of the vehicle he was driving. Defendant stated today he was instructed to take the vehicle to Chula Vista to pick up $8,000 US dollars. Defendant stated he was instructed to transport the money to Tijuana, Mexico and would receive a monetary payment of $600 upon delivery.

Executed on this 5th day of December, 2020 at 5:00 P.M.

_____
Efrain Carrillo / CBP CEU Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on December 5, 2020, in violation of Title 8, United States Code, Section 1324.

_____                    1:05 PM, Dec 6, 2020
UNITED STATES MAGISTRATE JUDGE                    DATE / TIME